Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** John Fleury      **Case Number:** 14CR10178

**Name of Sentencing Judicial Officer:** Honorable Denise J. Casper, U.S. District Judge

**Date of Original Sentence:** July 22, 2015

**Original Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1)

**Original Sentence:** 55 months of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** June 29, 2018

---

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer. |

On 3/18/21 and 5/7/21, Mr. Fleury submitted drug tests that resulted as positive for Amphetamine and Methamphetamine. Mr. Fleury is prescribed Adderall which is an Amphetamine. After initial testing we sent the specimens to Alere Laboratories for further testing and learned that both were positive for Methamphetamines. When questioned about these results, he denied drug use but, admitted that he had given away some of his medication to a friend who had "run out" of the same medication. According to Mr. Fleury, this person later replaced the medication, but he reported that it was a different pill. He stated that he assumed that this pill was not a legitimate Adderall pill and attributed his positive drug test to this conduct.

U.S. Probation Officer Action:

After the positive results were received this writer discussed the above behavior with Mr. Fleury. He adamantly denied using drugs but took responsibility for his noncompliant conduct noted above. In addition to the consequences of ingesting an unknown substance, Mr. Fleury was able to acknowledge the consequences of his actions of giving out his medication and committed to not doing so going forward. Mr. Fleury has otherwise done well on supervised release since appearing before the court for a Revocation Hearing on 3/5/20. He remains connected and engaged in substance use disorder treatment with Lynn Community Health. He is scheduled to successfully complete his supervised release on 6/28/21. Given that he took responsibility for his actions, understands the potential consequences, has committed to not engaging in this behavior going forward and his record of compliance we respectfully recommend that the Court take no action at this time and permit Mr. Fleury to complete his supervised release as scheduled.

Reviewed/Approved by:                                                  Respectfully submitted,

*/s/ Lisa M/ Paiva*                                                          */s/ Thomas C. Mullen*
Lisa M. Paiva                                                            by   Thomas C. Mullen, III
Supervisory U.S. Probation Officer                                       Senior U.S. Probation Officer
                                                                         Date:  6/14/2021

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ X ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

                                                      Denise J. Casper
                                        Signature of Judicial Officer

                                        June 25, 2021
                                        Date